**Nancy and Daryl HAILEY,
Plaintiffs/Appellants,**

**v.**

**Anthony A. BAILEY, State of Missouri,
and Safeco National Insurance Company
of America, Defendants/Respondents.**

**No. 63675.**

Missouri Court of Appeals,
Eastern District,
Division Two.

July 12, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 23, 1994.

Application to Transfer Denied
Oct. 25, 1994.

Stephen M. Glassman, Clayton, for appellants.

Timothy William Anderson, Jefferson City,
Gary E. Snodgrass, Michael Lacht, St. Louis,
for respondents.

Before CRANE, P.J., and KAROHL and
CRAHAN, JJ.

*ORDER*

PER CURIAM.

Plaintiffs, Nancy and Daryl Hailey, appeal
from an adverse judgment in their action for
personal injuries. We have reviewed the
briefs of the parties and the record in this
jury-tried case and find the evidence in support of the verdict is not insufficient and no
error of law appears. An opinion reciting
the detailed facts and restating the principles
of law would have no precedential value.
However, the parties have been furnished
with a memorandum opinion for their information only, setting forth the reasons for this
order.

The judgment is affirmed in accordance
with Rule 84.16(b).